FILED
U.S. DISTRICT COURT
DIV.
2012 NOV -6 AM II: 07
CLERK CAdell
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

COREY H. DENNIS,

       Plaintiff,

    v.

DARRELL HART, Warden;
CO PETERSON; CO STEELER;
and CO MOORE,

       Defendants.

CIVIL ACTION NO.: CV512-048

## O R D E R

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Defendant Hart are **DISMISSED**.

**SO ORDERED**, this _____5_____ day of _____November_____, 2012.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)