IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

COREY H. DENNIS,

    Plaintiff,

v.                                 CIVIL ACTION NO.: CV512-048

STEPHEN STEELE,

    Defendant.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Plaintiff filed Objections. In his Objections, Plaintiff asserts that Defendant is not entitled to qualified immunity from suit, as Defendant violated established federal laws. The Magistrate Judge's Report does not address qualified immunity. Rather, the Magistrate Judge determined that Plaintiff could not overcome his burden of establishing a genuine dispute as to any fact material to his Eighth Amendment deliberate indifference claim, even when viewing the evidence before the Court in the light most favorable to Plaintiff, the non-moving party.

Plaintiff's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Defendant's Motion for Summary Judgment is **GRANTED**. Plaintiff's Motion for Summary Judgment is

**DENIED**. Plaintiff's Complaint is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 24 day of October, 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA