IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

COREY H. DENNIS,

    Plaintiff,

v.                                CIVIL ACTION NO.: CV512-048

STEPHEN STEELE,

    Defendant.

## ORDER

By Order dated October 22, 2014, the Court denied Plaintiff's Motion for Summary Judgment and granted Defendant's Motion for Summary Judgment. Judgment was entered on November 4, 2014. Plaintiff has now filed a "Request for the Grant of a (COA)." To the extent Plaintiff's filing is construed as a Motion, it is **dismissed**, as a Certificate of Appealability is not required in appealing the dismissal of a case filed pursuant to 42 U.S.C. § 1983. The Clerk is directed to construe Plaintiff's filing as a Notice of Appeal and proceed accordingly.

**SO ORDERED**, this 12 day of November, 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)